IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Glaser, Stuart | Case Number: 05 B 56006 |
|---|---|---|
| | Glaser, Deedee L | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 2/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 2, 2008
Confirmed: September 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,651.77 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,224.80 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 425.90 |
| Other Funds: | | 1.07 |
| Totals: | 7,651.77 | 7,651.77 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 2. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 1,137.97 | 1,137.97 |
| 5. | Discover Financial Services | Unsecured | 2,702.16 | 2,702.16 |
| 6. | RoundUp Funding LLC | Unsecured | 995.07 | 995.07 |
| 7. | Specialized Management Consultants | Unsecured | 731.75 | 731.75 |
| 8. | ECast Settlement Corp | Unsecured | 448.26 | 448.26 |
| 9. | Jefferson Capital | Unsecured | 988.64 | 988.64 |
| 10. | Premium Asset Recovery Corp | Unsecured | 220.95 | 220.95 |
| 11. | ABC Plumbing | Unsecured | | No Claim Filed |
| 12. | Dr Kravitz Schrink | Unsecured | | No Claim Filed |
| 13. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 14. | Associated Radiologists | Unsecured | | No Claim Filed |
| 15. | Home Care Products Inc | Unsecured | | No Claim Filed |
| 16. | Advocate Lutheran General Health Partner | Unsecured | | No Claim Filed |
| 17. | Holy Family Hospital | Unsecured | | No Claim Filed |
| 18. | Advocate Medical Group S.C. | Unsecured | | No Claim Filed |
| 19. | AMCA | Unsecured | | No Claim Filed |
| 20. | Aspire Visa | Unsecured | | No Claim Filed |
| 21. | AMG Physician Services | Unsecured | | No Claim Filed |
| 22. | Brentwood Nursing Home | Unsecured | | No Claim Filed |
| 23. | Associated Pathologists | Unsecured | | No Claim Filed |
| 24. | Amoco Oil Company | Unsecured | | No Claim Filed |
| 25. | Associated Radiologists | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Glaser, Stuart | Case Number: 05 B 56006 |
| | Glaser, Deedee L | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 2/21/06 |

| # | Creditor | Type | Claim |
|---|---|---|---|
| 26. | Associated Radiologists | Unsecured | No Claim Filed |
| 27. | Bloomingdales | Unsecured | No Claim Filed |
| 28. | AMCA | Unsecured | No Claim Filed |
| 29. | Brentwood Nursing Home | Unsecured | No Claim Filed |
| 30. | Capital One | Unsecured | No Claim Filed |
| 31. | Citgo Petroleum Corp | Unsecured | No Claim Filed |
| 32. | Capital One | Unsecured | No Claim Filed |
| 33. | Carson Pirie Scott & Co | Unsecured | No Claim Filed |
| 34. | Van Ru Collection Agency | Unsecured | No Claim Filed |
| 35. | Citibank | Unsecured | No Claim Filed |
| 36. | CM Stone Workds Inc | Unsecured | No Claim Filed |
| 37. | Des Plaines Radiologists | Unsecured | No Claim Filed |
| 38. | Des Plaines Radiologists | Unsecured | No Claim Filed |
| 39. | Des Plaines Radiologists | Unsecured | No Claim Filed |
| 40. | ENH | Unsecured | No Claim Filed |
| 41. | DaimlerChrysler Servs North America | Unsecured | No Claim Filed |
| 42. | Evanston Northwestern Healthcare | Unsecured | No Claim Filed |
| 43. | Des Plaines Radiologists | Unsecured | No Claim Filed |
| 44. | ENH | Unsecured | No Claim Filed |
| 45. | ENH Radiology | Unsecured | No Claim Filed |
| 46. | ENH | Unsecured | No Claim Filed |
| 47. | ENH | Unsecured | No Claim Filed |
| 48. | ENH | Unsecured | No Claim Filed |
| 49. | ENH | Unsecured | No Claim Filed |
| 50. | ENH | Unsecured | No Claim Filed |
| 51. | Evanston Hospital | Unsecured | No Claim Filed |
| 52. | ENH | Unsecured | No Claim Filed |
| 53. | Evanston Hospital | Unsecured | No Claim Filed |
| 54. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 55. | ENH | Unsecured | No Claim Filed |
| 56. | ENH | Unsecured | No Claim Filed |
| 57. | Holy Family Hospital | Unsecured | No Claim Filed |
| 58. | Holy Family Hospital | Unsecured | No Claim Filed |
| 59. | Holy Family Hospital | Unsecured | No Claim Filed |
| 60. | Holy Family Hospital | Unsecured | No Claim Filed |
| 61. | Holy Family Hospital | Unsecured | No Claim Filed |
| 62. | Holy Family Hospital | Unsecured | No Claim Filed |
| 63. | Holy Family Hospital | Unsecured | No Claim Filed |
| 64. | Holy Family Hospital | Unsecured | No Claim Filed |
| 65. | Holy Family Hospital | Unsecured | No Claim Filed |
| 66. | Holy Family Hospital | Unsecured | No Claim Filed |
| 67. | Illinois Bone & Joint Institute | Unsecured | No Claim Filed |
| 68. | Holy Family Hospital | Unsecured | No Claim Filed |
| 69. | Holy Family Hospital | Unsecured | No Claim Filed |
| 70. | Holy Family Hospital | Unsecured | No Claim Filed |
| 71. | Holy Family Hospital | Unsecured | No Claim Filed |
| 72. | Holy Family Hospital | Unsecured | No Claim Filed |
| 73. | ICS | Unsecured | No Claim Filed |
| 74. | ICS | Unsecured | No Claim Filed |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Glaser, Stuart  
Glaser, Deedee L  
Printed: 9/23/08

Case Number: 05 B 56006  
Judge: Hollis, Pamela S  
Filed: 2/21/06

| # | Creditor | Type | Claim |
|---|---|---|---|
| 75. | ICS | Unsecured | No Claim Filed |
| 76. | ICS | Unsecured | No Claim Filed |
| 77. | ICS | Unsecured | No Claim Filed |
| 78. | Holy Family Hospital | Unsecured | No Claim Filed |
| 79. | ICS | Unsecured | No Claim Filed |
| 80. | ICS | Unsecured | No Claim Filed |
| 81. | Illinois Bone & Joint Institute | Unsecured | No Claim Filed |
| 82. | ENH | Unsecured | No Claim Filed |
| 83. | Illinois Bone & Joint Institute | Unsecured | No Claim Filed |
| 84. | Illinois Bone & Joint Institute | Unsecured | No Claim Filed |
| 85. | Infinity Healthcare Physicians | Unsecured | No Claim Filed |
| 86. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 87. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 88. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 89. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 90. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 91. | Progressive Insurance Co | Unsecured | No Claim Filed |
| 92. | MBB Inc | Unsecured | No Claim Filed |
| 93. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 94. | Marshall Field & Company | Unsecured | No Claim Filed |
| 95. | Mason Shoes | Unsecured | No Claim Filed |
| 96. | MBB Inc | Unsecured | No Claim Filed |
| 97. | Medical Transport | Unsecured | No Claim Filed |
| 98. | Pelleterri | Unsecured | No Claim Filed |
| 99. | Midwest Diangnostic | Unsecured | No Claim Filed |
| 100. | Omni Credit Service | Unsecured | No Claim Filed |
| 101. | NCO Financial Services Inc | Unsecured | No Claim Filed |
| 102. | NCO Financial Services Inc | Unsecured | No Claim Filed |
| 103. | Midnight Velvet | Unsecured | No Claim Filed |
| 104. | NICL Laboratories | Unsecured | No Claim Filed |
| 105. | Omni Credit Service | Unsecured | No Claim Filed |
| 106. | Northern Memorial Hospital | Unsecured | No Claim Filed |
| 107. | NICL Laboratories | Unsecured | No Claim Filed |
| 108. | North Shore Radiological Serv | Unsecured | No Claim Filed |
| 109. | Omni Credit Service | Unsecured | No Claim Filed |
| 110. | Pelleterri | Unsecured | No Claim Filed |
| 111. | Park Ridge Anesthesiology | Unsecured | No Claim Filed |
| 112. | Omni Credit Service | Unsecured | No Claim Filed |
| 113. | Omni Credit Service | Unsecured | No Claim Filed |
| 114. | Park Ridge Anesthesiology | Unsecured | No Claim Filed |
| 115. | Nordstrom | Unsecured | No Claim Filed |
| 116. | Parkside Magnetic Resonance | Unsecured | No Claim Filed |
| 117. | Park Ridge Anesthesiology | Unsecured | No Claim Filed |
| 118. | Lutheran General Hospital | Unsecured | No Claim Filed |
| 119. | Pinnacle Mangement Services Inc | Unsecured | No Claim Filed |
| 120. | Pelleterri | Unsecured | No Claim Filed |
| 121. | Pinnacle Mangement Services Inc | Unsecured | No Claim Filed |
| 122. | Pinnacle Mangement Services Inc | Unsecured | No Claim Filed |
| 123. | Pelleterri | Unsecured | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Glaser, Stuart | Case Number: 05 B 56006 |
| --- | --- | --- |
| | Glaser, Deedee L | Judge: Hollis, Pamela S |
| | Printed: 9/23/08 | Filed: 2/21/06 |

| | | | | |
| --- | --- | --- | --- | --- |
| 124. | Pinnacle Mangement Services Inc | Unsecured | | No Claim Filed |
| 125. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 126. | Holy Family Hospital | Unsecured | | No Claim Filed |
| 127. | Quest Diagnostics Inc | Unsecured | | No Claim Filed |
| 128. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 129. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 130. | Rush North Shore Medical Ctr | Unsecured | | No Claim Filed |
| 131. | Resurrection Health Care | Unsecured | | No Claim Filed |
| 132. | S & S Financial Services | Unsecured | | No Claim Filed |
| 133. | S & S Financial Services | Unsecured | | No Claim Filed |
| 134. | Holy Family Hospital | Unsecured | | No Claim Filed |
| 135. | Sams Club | Unsecured | | No Claim Filed |
| 136. | Scholastic Inc | Unsecured | | No Claim Filed |
| 137. | SBC | Unsecured | | No Claim Filed |
| 138. | Scholastic Inc | Unsecured | | No Claim Filed |
| 139. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 140. | T Mobile USA | Unsecured | | No Claim Filed |
| 141. | Target | Unsecured | | No Claim Filed |
| 142. | Spiegel | Unsecured | | No Claim Filed |
| 143. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 144. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| 145. | SBCL | Unsecured | | No Claim Filed |
| 146. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 147. | Lakeland Medical Center | Unsecured | | No Claim Filed |
| 148. | Pelleterri | Unsecured | | No Claim Filed |
| 149. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 150. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| 151. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 152. | Scholastic Inc | Unsecured | | No Claim Filed |
| 153. | Verizon Wireless | Unsecured | | No Claim Filed |
| 154. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 155. | Van Ru Collection Agency | Unsecured | | No Claim Filed |
| 156. | Specialized Radiologists | Unsecured | | No Claim Filed |
| 157. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 158. | Aspen Valley Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,224.80 | $ 7,224.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 5.4% | 350.40 |
| 6.5% | 75.50 |
| | _____ |
| | $ 425.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Glaser, Stuart<br>Glaser, Deedee L<br>Printed:  9/23/08 | Case Number:  05 B 56006<br>Judge:  Hollis, Pamela S<br>Filed:  2/21/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

